Louis Danzis, Respondent, *v.* Metropolitan Life Insurance Company, Appellant.

Submitted January 3, 1938; decided January 11, 1938.

*Abraham Harris* for motion.
*Herbert F. Garrick* opposed.
Motion denied.